JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Lumee LLC, | ) CV 17-09042 JVS (Ex) |
|---|---|
| Plaintiff, | ) ORDER OF DISMISSAL UPON |
| v. | ) SETTLEMENT OF CASE |
| Snap Light, LLC, etc., et al., | ) |
| Defendant(s). | ) |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED: March 20, 2018

　　　　　　　　　　　　　　　/s/ James V. Selna
　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　United States District Judge